## Commonwealth *v.* Palmerini, Appellant.

Before DAUER, J., without a jury.

Argued November 12,

756

1974. *Stanton D. Levenson*, with him *Watzman, Levenson & Snyder*, for appellant; *Robert L. Eberhardt*, Assistant District Attorney, with him *John M. Tighe*, First Assistant District Attorney, and *John J. Hickton*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.